IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNETTE M. MILLER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 4:16-CV-555 |
| | : | |
| GEISINGER HEALTH SYSTEM | : | JUDGE KANE |
| and THE PRUDENTIAL | : | |
| INSURANCE COMPANY OF | : | |
| AMERICA, | : | |
| | : | |
| Defendant. | : | |

STIPULATION

WHEREAS Plaintiff Ronnette M. Miller initiated this action on April 4, 2016 seeking long-term disability benefits pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132(a)(1)(B);

WHEREAS Ms. Miller was employed by Geisinger System Services

("GSS") from December 2008 until February 2012;

WHEREAS, while she was employed at GSS, Ms. Miller participated in a long-term disability plan administered by Defendant The Prudential Insurance Company of America ("Prudential");

WHEREAS the policy at issue grants Prudential full discretion and authority to determine eligibility for benefits under the plan; and

WHEREAS the other named Defendant in this action — Geisinger Health System — is a fictitious name and not a separate legal entity.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ronnette M. Miller voluntarily dismisses without prejudice all claims

against Defendant Geisinger Health System.

Respectfully submitted,

_____
Gregory T. Moro

MORO & MORO
105 E. Market Street
Danville, PA 17821

Attorney for Plaintiff,
Ronnette M. Miller

Dated: July 5, 2016

_____
Donna A. Walsh

MYERS, BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

Attorney for Defendant,
Geisinger System Services

SO ORDERED:

_____
J.